# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 3:14CR00029-001        Date: January 13, 2015

**Defendant:** Jeffrey Bruce WEAKLEY        **Counsel:** Dana Cormier, Court appointed counsel

PRESENT:
- JUDGE: Joel C. Hoppe        TIME IN COURT: 9:13-9:17
- Deputy Clerk: Michele Bottiglieri
- Court Reporter: FTR
- U. S. Attorney: Ron Huber
- USPO: Mike Sheffield
- Case Agent: n/a
- Interpreter: n/a

☐ Arraignment and plea continued to New Date.
☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
☒ Defendant states that true name is Jeffrey Bruce WEAKLEY. Defendant given copy of Superseding Indictment.
☒ Defendant(s) waives reading of Superseding Indictment.
☐ Indictment or Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☐ Jury or Court trial set for Trial Date.
☐ Trial to be set by Clerk upon arrest of all defendants.
☐ Pretrial conference set for Pretrial Conference Date.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:
Defendant enters NG plea to counts in Superseding Indictment.
Defendant remanded to custody of USMS