## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**UNITED STATES OF AMERICA**

**CASE NO.:   3:14CR00029-001**

**v.**

**DATE:   January 13, 2015**

**Jeffrey Bruce WEAKLEY**

**TYPE OF HEARING:   ARR on SSI**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PARTIES:

| | | | |
|---|---|---|---|
| 1. | USMJ Joel Hoppe | 6. | _____ |
| 2. | AUSA Ron Huber | 7. | _____ |
| 3. | Dana Cormier, CJA Counsel | 8. | _____ |
| 4. | Defendant | 9. | _____ |
| 5. | USPO Mike Sheffield | 10. | CSO/Courtroom Deputy |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Recorded by:   Michele Bottiglieri**                    **Time in Court:   9:13-9:17**

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 9:13 | 10 | | | | | | | | |
| | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |
| | 4, 1 | | | | | | | | |
| 9:15 | 3 | | | | | | | | |
| | 1, 4 | | | | | | | | |
| 9:16 | 2, 3, 1 | | | | | | | | |
| 9:17 | 1 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |