IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 714CR00029-01        **Date:** 1/13/2015

**Defendant:** Jeffrey Bruce Weakley, Custody        **Counsel:** Dana Cormier, Esq., CJA

PRESENT:
- JUDGE: Hon. Glen E. Conrad    TIME IN COURT: 10:00-11:00  1 hr
- Deputy Clerk: Susan Moody
- Court Reporter: Carol Jacobs
- U. S. Attorney: Ron Huber, Esq., AUSA
- USPO: Rob Harper

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Counts 1
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty to Count 1 as lesser included Rule 11 (c)(1)( C) pending PSR.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts 1 pending PSR
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|--------|--------|------------|------|---------|
| 1      | 1S     |            |      |         |
| 2      |        |            |      |         |
| 3      |        |            |      |         |
| 4      |        |            |      |         |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for April 20, 2015 before Judge Conrad .

Additional Information: